# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff

vs.

Rodriguez-Castaneda et al.

Defendant(s)

CRIMINAL NO. 08 MJ 1051 08 CR 1222-WQH

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States ~~District~~/Magistrate Judge, Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court)

Juan Rodriguez-Perez

DATED: 4/17/08

Ruben B. Brooks

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________________
**DUSM**

**OR**

W. SAMUEL HAMRICK, JR. Clerk

by

**Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082